UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CV-62180-BLOOM/Valle

ERIC SMITH,

        Plaintiff,

v.

A & ASSOCIATES, INC.

        Defendant.

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff ERIC SMITH and Defendant A & ASSOCIATES, INC. hereby jointly stipulate to the entry of a Final Order of Voluntary Dismissal With Prejudice as follows and request the Court to enter the Final Order of Voluntary Dismissal With Prejudice:

1. This action, and all claims that were or could have been brought, is dismissed with prejudice.

2. The Parties shall bear their own attorneys' fees and costs.

**WHEREFORE**, the Parties respectfully request the Court to enter the Final Order of Voluntary Dismissal With Prejudice.

Dated: February 10, 2020.

                                                                                  Respectfully Submitted,

| | |
|---|---|
| Eric Smith | DRUMMOND & SQUILLACE, PLLC |
| Pro Se Plaintiff | *Co-Counsel for Defendant* |
| 520 North Ocean Blvd. Unit 19 | 175-61 Hillside Avenue, Suite 205 |
| Pompano Beach, FL 33062 | Jamaica, New York 11432 |
| Tel.: 561.285.7329 | Telephone: (718) 298-5050 |
| Email: easmith.fl@gmail.com | Fax: (718) 298-5554 |
| | |
| By: /s/ Eric Smith | By: /s/ Stephen L. Drummond |
| Eric Smith | Stephen L. Drummond, Esq. |
| | Florida Bar No. 155497 |
| | Primary email: sdrummond@dswinlaw.com |
| | Secondary email: jsquillace@dswinlaw.com |

Carol Green von Kaul, P.A.
*Co-Counsel for Defendant*
150 NW 70th Avenue, Suite 4
Plantation, FL 33317
Tel.: 954.692.6026

By: /s/ Carol Green Von Kaul
Carol Green von Kaul, Esq
Florida Bar No. 691593
Primary email: cgreen@vonkaul.legal

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CV-62180-BLOOM/Valle

ERIC SMITH,

        Plaintiff,

v.

A & ASSOCIATES, INC.

        Defendant.

## FINAL ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court on the Parties' Joint Stipulation For Voluntary Dismissal With Prejudice, and the Court having read the Joint Stipulation and being otherwise duly advised in the premises, it is hereby **ORDERED** and **ADJUDGED**:

1. This action, and claims that were or could have been brought, are hereby voluntarily dismissed with prejudice.

2. The Parties shall bear their own attorneys' fees and costs.

**DONE AND ORDERED** in Chambers at Miami, Florida, on February _____, 2020.

                                                    _____
                                                    The Honorable BETH BLOOM
                                                    UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record

Eric Smith, *Pro Se*
520 North Ocean Boulevard, Unit 19
Pompano Beach, Florida 33062
easmith.fl@gmail.com