**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 19-cv-62180-BLOOM/Valle**

ERIC SMITH,

      Plaintiff,

v.

A & A ASSOCIATES, INC.,

      Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation for Voluntary Dismissal with Prejudice, ECF No. [33] ("Stipulation"), filed on February 10, 2020. The Court has carefully reviewed the Stipulation and the record, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation, **ECF No. [33]** is **APPROVED**;

2. The above-styled case is **DISMISSED WITH PREJUDICE**;

3. Each party shall bear its own attorneys' fees and costs;

4. To the extent not otherwise disposed of, all pending motions are denied as **MOOT** and all deadlines are **TERMINATED**;

5. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on February 10, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Case No. 19-cv-62180-BLOOM/Valle

Copies to:

Counsel of Record

Eric Smith, *pro se*
520 North Ocean Blvd.
Unit 19
Pompano Beach, FL 33062
Email: easmith.fl@gmail.com